IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| EAST TENNESSEE NATURAL GAS CO., | Case No. 4:02-CV-00220 |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| 2.67 ACRES IN SMYTH COUNTY, VIRGINIA, SUSAN GREER, et al., | By: Jackson L. Kiser<br>Senior United States District Judge |
| Defendants. | |

Before me are the Defendants' *Objections to the Commission's Report* [96]. For the reasons stated in the accompanying *Memorandum Opinion*, I hereby **overrule** all six of the specific *Objections* posed by the Defendants, and hereby **adopt** in its entirety the Commission's *Findings of Fact and Conclusions of Law* [94].

## ADJUDGED AND ORDERED

The Defendants, Susan Greer, et al., shall recover the sum of $15,478.00 from the Plaintiff, East Tennessee Natural Gas Company, with interest in the amount of 4.90 percent per annum, from the date of taking in this case until paid.

Based upon the foregoing, it is hereby **adjudged, ordered, and decreed** that the Clerk of the Court issue a draft payable to East Tennessee Natural Gas Company, care of Lela M. Hollabaugh, in the sum of $15,000.00, which represents the total amount deposited by the Plaintiff in this case. The Clerk of the Court is hereby further **ordered** to disperse the amount with interest and to deduct the registry fee for maintaining the account in the Court Registry Investment System.

After sending such draft to counsel for the Plaintiff, Lela M. Hollabaugh, the Clerk of the

Court is hereby **directed** to strike this case from the active docket of the Court. This case is hereby **dismissed** with prejudice.

The Clerk of the Court is hereby **directed** to send a certified copy of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record.

Entered this 28th day of April, 2006.

s/Jackson L. Kiser
Senior United States District Judge